**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **C.S.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 5:24-CV-113-CAR-CHW** |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the United States

Magistrate Judge to grant Plaintiff's unopposed Motion for Attorney's Fees pursuant to

the Social Security Act, 42 U.S.C. § 406(b).  No objection was filed, and the time in which

to do so has now expired. Upon review of the Recommendation and the record in this

case, the Court agrees with the findings and conclusions of the United States Magistrate

Judge.  The Recommendation [Doc. 23] is therefore **ADOPTED** and **MADE THE ORDER**

**OF THE COURT**.  Accordingly, Plaintiff's Motion for Attorney's Fees [Doc. 20] is

**GRANTED**, and it is **HEREBY ORDERED** that Plaintiff's attorney be awarded $939.34

in attorney's fees from Plaintiff's past due benefits pursuant to 42 U.S.C. § 406(b).

**SO ORDERED,** this 28th day of April, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT