IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CRAIG SLOAN,                                        *

         Plaintiff,                        *

v.                                                                  Case No.  5:24-cv-00113-CAR-CHW

                               *

COMMISSIONER OF SOCIAL SECURITY,

                               *

         Defendant.

                               *

## **J U D G M E N T**

Pursuant to the Order of this Court filed April 28, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $ 939.34.

This 28th day of April, 2026.

David W. Bunt, Clerk


s/  Raven K. Alston, Deputy Clerk